UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80162-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH ROBERT STEWART,

    Defendant.

_____/

## DEFENDANT'S MOTION FOR COSTS
## FORENSIC PYSCHOLOGIST EXPERT (CJA)

The Defendant, JOSEPH ROBERT STEWART, by and through his undersigned appointed counsel, hereby files this Motion for Forensic Expert and as grounds therefore states:

1. The Defendant has been charged with federal child pornography offenses.

2. Undersigned counsel was appointed to represent Defendant at sentencing based upon a judicial finding of inability to retain counsel.

3. Defendant has pleaded guilty and is pending sentencing.

4. Counsel for Defendant believes that Defendant may suffer from a mental health disorder which could serve as a grounds for a variance from the guideline range established at sentencing.

5. As a result, Defendant is in need of a forensic psychologist expert to conduct an in person mental health evaluation of Defendant to assist counsel in determining what issues might be presented to the Court at sentencing.

5. For this purpose, Defendant has contacted Dr. Michael Brannon, a forensic

psychologist, who has conducted hundreds, if not thousands, of forensic mental health evaluations in criminal cases throughout Florida for both defense counsel and prosecutors.

6. Dr. Brannon is willing conduct an interview of Defendant and consult with counsel regarding his findings at a rate of $250.00 per hour, with a cap of $2,800.00.

7. Thus, Defendant seeks an Order of the Court authorizing payment up to $2,800.00 to Dr. Brannon to conduct the evaluation referred to herein above.

8. Defendant submits that it is essential he have the ability to determine a basis for a downward variance based on a mental health condition and submits that the amount sought and the course of action proposed is reasonable.

9. The services and continued assistance of this expert are necessary to ensure undersigned counsel's continued attempt at preparedness for sentencing.

10. Defendant cannot perceive any prejudice to the Government by the granting of this motion.

11. Defendant submits that there is an absolute need for the use of expert services in this case to aid in the proper preparation of sentencing.

WHEREFORE based upon the above and foregoing, the undersigned respectfully requests that this Court authorize the expenditure for the services of Dr. Michael Brannon at a rate of $250.00 per hour, with a cap of in the amount of $2,800.00, to aid the preparation of the defense at sentencing in this case.

Respectfully submitted,

RICHARD F. DELLA FERA, P.A.
500 East Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394
Telephone:   (954) 848-2872
Facsimile:   (954) 848-2873
Email: rdf@rdfattorney.com

admin@rdfattorney.com

By: */s/ Richard F. Della Fera*
RICHARD F. DELLA FERA
Fl. Bar No. 66710

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 29, 2024, I electronically filed the foregoing document with the Clerk of Court using CM ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing:

By: */s/ Richard F. Della Fera*
     RICHARD F. DELLA FERA